### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>        Plaintiff,   )<br>vs.   )<br>  )<br>BRYAN SCOTT MILLER,   )<br>  )<br>        Defendant.   ) | NO. CR-13-00066-001-HE |

### ORDER

For substantially the reasons stated in the government's response [Doc. #59], defendant's motion for early termination of supervised release [Doc. #57] is **DENIED**.

**IT IS SO ORDERED**.

Dated this 19th day of February, 2021.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE