Prob 12C (10/99)

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Bryan Scott Miller                        Case Number: CR-13-00066-001-HE

Name of Judicial Officer: The Honorable Joe Heaton (Originally sentenced by the Honorable Vicki Miles-LaGrange, reassigned on February 26, 2019)

Date of Original Sentence: April 2, 2014

Original Offense: Count 1: Distribution of Cocaine; 21 U.S.C. § 841(a)(1) and 841(b)(1)(C)
Count 2: Felon in Possession of a Firearm; 18 U.S.C. § 922(g) and 924 (a)(2)

Original Sentence: 84 months custody; 3 years supervised release (Both counts run concurrently)

Type of Supervision: Supervised Release        Date Supervision Commenced: October 17, 2018

Previous Court Action:

November 1, 2018- The court modified Mr. Miller's conditions to include a search condition. Mr. Miller willingly signed a waiver of hearing.

May 5, 2021- The court suspended the substance abuse treatment portion of Mr. Miller's conditions.

May 12, 2021- The court suspended the financial conditions of Mr. Miller's conditions.

October 8, 2021- The court issued a warrant for the defendant's arrest.

Assistant U.S. Attorney: Danielle Connolly                        Defense Counsel:  TBD

## PETITIONING THE COURT

[X]    To add an additional violation to the petition filed on October 8, 2021. A warrant was previously issued and subsequently executed on October 12, 2021.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Prob 12C (10/99)                                                                                              Bryan Scott Miller
                                                                                                              CR-13-00066-001-HE

| Violation Number | Nature of Noncompliance |
|---|---|

**1**     **Violation of Mandatory Condition: The defendant shall not commit another federal, state, or local crime.**

On September 28, 2021, Bryan Miller attempted to circumvent his drug test by bribing the UA collector $500 to let him use someone else's urine.

Mr. Miller violated this condition by committing the felony offense of Bribery of Public Officials and Witnesses, in violation of 18 U.S.C. § 201(b)(1)(C), as evidenced by the incident report from Specialized Outpatient Services, Inc.

On October 12, 2021, in Oklahoma City, Oklahoma, Bryan Miller violated this condition of supervised release when he possessed $22,020 cash, 101 grams of cocaine HCI, 67 grams of cocaine base, and three digital scales (inside the same bag with the cocaine HCI), as evidenced by his arrest by the Oklahoma City Police Department and United States Marshal Office. Formal charges are pending in this matter.

**2**     **Violation of Standard Condition No. 7: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic tests thereafter, as determined by the court.**

On September 11, 2021, Bryan Miller submitted a urine specimen that tested positive for the use of cocaine. Mr. Miller denied any drug use. The test sample has been sent for confirmation.

On October 1, 2021, Bryan Miller admitted to U.S. Probation Officer Erik Goettsch, that he smoked marijuana approximately two (2) weeks prior.

**3**     **Violation of Standard Condition No. 11: The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.**

On January 12, 2021, Agent Joe Keyes with the Federal Bureau of Investigations (FBI) advised they contacted Mr. Miller in regard to a missing person and possible homicide; Mr. Miller retained counseling according to Agent Keyes. Mr. Miller never notified the probation officer of the law enforcement contact.

Prob 12C (10/99)                                                                                                           Bryan Scott Miller
                                                                                                                            CR-13-00066-001-HE

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be revoked.
[ ]   Extended for years, for a total term of years.
[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2021

Erik Goettsch
Senior U.S. Probation Officer

Reviewed by,

Kelly C. Edwards
Supervisory U.S. Probation Officer

Date: October 13, 2021

**THE COURT ORDERS**:

[ X ]   The additional violation be added to the petition filed on October 8, 2021
[   ]   Other

Dated this 14th day of October, 2021.

JOE HEATON
UNITED STATES DISTRICT JUDGE

3