# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

## MINUTE SHEET – REVOCATION HEARING

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO.   CR-13-00066-001-HE |
| BRYAN SCOTT MILLER, | ) | |
| Defendant. | ) | |

Appearances:

| Danielle Connolly, AUSA |
|---|
| Jeffrey Box, Esq., (ret.) |

| Judge Joe Heaton, Presiding | Date and Time: 11/04/2021 @ 10:30 a.m. to 11:00 a.m. |
|---|---|
| | Total Time:   30 minutes |
| Lisa Minter, Deputy Clerk | Probation/Pretrial:   Erik Goettsch, USPO |
| Susam Femimore, Court Reporter | Interpreter:  n/a |

**PROCEEDINGS**:

**Hearing type**:   ☒ Hearing on Violations of Supervised Release;   ☐ Revocation on Violations of Probation ☐;   ☐ Contested;   ☐ Evidentiary;   ☐ Other:

**Hearing Status**:   ☒ Revocation hearing held. Defendant Stipulates to the violations in the amended petition filed 10/14/2021, [Doc. #70];

☐ Evidence Entered;   ☐ Witness testimony heard;   ☒ Oral Arguments from counsel heard;

Revocation Hearing  ☒ Concluded  ☐ Continued;

**SENTENCING TEXT**:

☒. . Defendant's term of Supervised Release is:   ☒ **REVOKED**;   ☐ **OTHER**: defendant stipulates to the violations listed in the amended petition filed 10/14/2021, [Doc. #70]; the court **REVOKES** defendant's term of supervised release and sentences defendant to the custody of the U.S. Bureau of Prisons for a term of 24 months; upon release from custody defendant shall be placed on a 36 month term of supervised release as to violation 1 and 12 months as to violation 2

Minute Sheet – Revocation Hearing

<u>to run concurrently with each other; Standard and Special Conditions imposed; Defendant custody continued.</u>

☒…..Defendant advised of his/her right to Appeal the Sentence Imposed.
☐…. Defendant Remanded to the Custody of the U.S. Marshal;
☒…..Defendant custody continued;
☐…..Defendant supervised release continued;
☐…. The court recommends placement at:
☒… Court Adjourned.

Minute Sheet – Revocation Hearing